# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ANN M. BALDWIN and ROSEMARY M. SPAHR, both as Trustees of the Maureen Mary Micek Revocable Trust, as Amended on October 14, 2016, and as of October 22, 2016 <br><br> *Plaintiff(s)* <br><br> v. <br><br> MUKTA KAUR KHALSA and TIMOTHY MICEK, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 16-cv-8312 (KMK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mukta Kaur Khalsa
55 Classic Cove
Atlanta, Georgia 30350

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John J.E. Markham, II
Markham & Read
One Commercial Wharf West
Boston, MA 02110
617-523-6329
jmarkham@markhamread.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  10/25/2016                                                          /S/ V. FRROKAJ
                                                                    *Signature of Clerk or Deputy Clerk*

Civil Action No. 16-cv-8312 (KMK)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mukta Kaur Khalsa__
was received by me on *(date)* __October 26, 2016__

☒ I personally served the summons on the individual at *(place)* __Healing Arts Clinic, 1845 Peeler Rd, Atlanta, GA 30338__ on *(date)* __October 26, 2016__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __October 27, 2016__

__Deborah A Duchon__
Server's signature

__Deborah A. Duchon, Process Server__
Printed name and title

__APJ Attorney Services Inc
P.O. Box 7710, Atlanta GA 30357__
Server's address

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
STATE OF NEW YORK

ANN M. BALDWIN et al

　　　　　　　　　　Plaintiff,

vs.                                                    CIVIL ACTION
                                                       CASE NO.:    16-CV-8312
MUKTA KAUR KHALSA et al

　　　　　　　　　　Defendant.

AFFIDAVIT OF SERVICE

COMES NOW, DEBORAH A. DUCHON, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I served MUKTA KAUR KHALSA with the below-listed documents in this matter, in the below-described manner,

at 1845 PEELER RD, ATLANTA, GA 30338,

on October 26, 2016, at 4:00 PM:

SUMMONS/COMPLAINT/EXHIBITS A-F/SDNY ECF RULES/JUDGE'S INDIVIDUAL PRACTICES

Said documents were served by handing same to MUKTA KAUR KHALSA.

2.

Description: female, Caucasian, approximately 55-65 years old, wears glasses.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DEBORAH A. DUCHON
　　　　　　　　　　　　　　　　　　　　　　　Attorneys' Personal Services, Inc.

Sworn to and subscribed
before me this the 27th day
of October, 2016.

_____
Notary Public

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date the foregoing document was served on defendants through counsel via first class mail, postage prepaid:

Jeffrey A. Asher, Esq.
Law Offices of Jeffrey A. Asher, PLLC
43 West 43rd Street, Suite 72
NY, NY 10036
jasher@asherlawfirm.com
*Counsel for Defendants*

Date: November 2, 2016        /s/ John J.E. Markham, II
                                       John J.E. Markham, II