UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANN M. BALDWIN and ROSEMARY M. SPAHR, both as Trustees of the Maureen Mary Micek Revocable Trust, as Amended on October 14, 2016, and as of October 22, 2016,<br><br>    Plaintiffs,<br>  v.<br><br>MUKTA KAUR KHALSA and TIMOTHY LEE MICEK,<br><br>    Defendants. | 7:16-cv-08312-KMK<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that, the undersigned hereby appears on behalf of Plaintiffs Ann M. Baldwin and Rosemary M. Spahr, in the above-entitled action, and respectfully requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney at the office address listed below.

Dated: Boston, Massachusetts
   November 2, 2016

MARKHAM & READ
*Attorneys for Plaintiff*

By: /s/ Bridget A. Zerner
Bridget A. Zerner (Bar No. 2582)
1 Commercial Wharf West
Boston, MA 02110
Tel: (617) 523-6329
Fax: (617)742-8604
bzerner@markhamread.com

1